THOMAS E. WINNER
Nevada Bar No. 5168
MATTHEW J. DOUGLAS
Nevada Bar No. 11371
**ATKIN WINNER & SHERROD**
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@awslawyers.com
mdouglas@awslawyers.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT CONWAY,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONAL GENERAL INSURANCE COMPANY, duly authorized conduct business in the State of Nevada; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | CASE NO.: 2:17-cv-00748- JCM-GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Kimball Jones, Esq., attorney for the Plaintiff, ROBERT CONWAY, and Matthew J. Douglas, Esq., attorney for Defendant, NATIONAL GENERAL INSURANCE COMPANY that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above referenced matter.

944093.DOCX

DATED this 6th day of ~~July~~ November, 2017.

ATKIN WINNER & SHERROD

_____
Thomas E. Winner
Nevada Bar No. 5168
Matthew J. Douglas
Nevada Bar No. 11371
1117 South Rancho Drive
Las Vegas, Nevada 89102

MORRIS ANDERSON

_____
Kimball Jones
Nevada Bar No. 12982
716 South Jones Boulevard
Las Vegas, Nevada 89107
Attorneys for Robert Conway

944093.DOCX

ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced matter.

IT IS FURTHER ORDERED that no trial date has been scheduled in the above referenced matter.

DATED November 9, 2017.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

ATKIN WINNER & SHERROD, LTD.

_____
Thomas E. Winner
Nevada Bar No. 5168
Matthew J. Douglas
Mevada Bar No. 11371
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant

Case No.: 2:17-cv-00748- JCM-GWF